No. 859. ILLINOIS COMMERCE COMMISSION v. FLEMING ET AL., TRUSTEES;

824

No. 860. ILLINOIS COMMERCE COMMISSION *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO.;

No. 861. ILLINOIS COMMERCE COMMISSION *v.* SCANDRETT ET AL., TRUSTEES; and

No. 862. ILLINOIS COMMERCE COMMISSION *v.* SPRAGUE ET AL., RECEIVERS.

February 26, 1945. *Per Curiam:* The appeals are dismissed for the reason that the judgment of the court below in each case is based upon a non-federal ground adequate to support it. *George F. Barrett,* Attorney General, and *William C. Wines,* Assistant Attorney General, for appellant. *Messrs. M. L. Bell, W. F. Peter, Harry E. Boe* and *Martin L. Cassell, Jr.* for appellees in No. 859. *Mr. Eldon Martin* for appellee in No. 860. *Mr. Carson L. Taylor* for appellees in No. 861. *Mr. Ralph R. Bradley* for appellees in No. 862. Reported below: 388 Ill. 138, 57 N. E. 2d 384.